"Did the Appellate Court properly conclude that the plaintiff's action against the named defendant was not barred by General Statutes § 52-584?"

The Supreme Court docket number is SC 16992.

*James V. Somers* and *N. Kane Bennett*, in support of the petition.

*Brenden P. Leydon*, in opposition.

Decided May 2, 2003

───

STATE OF CONNECTICUT *v.* MARTIN FRANCIS

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 903 (AC 23140), is denied.

*Katharine Goodbody*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided May 2, 2003

───

STATE OF CONNECTICUT *v.* ROBERT COOK

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 114 (AC 20561), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Roger S. Dobris*, senior assistant state's attorney, in opposition.

Decided May 5, 2003

───